| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on November 13, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.:  24-17612 |
| IN RE:<br>　　JALY D. QUINONEZ | Hearing Date:  11/13/2024 |
| | Judge:  STACEY L. MEISEL |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: November 13, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): JALY D. QUINONEZ

Case No.: 24-17612SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 11/13/2024 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 11/13/2024 of the plan filed on 07/31/2024, is denied; and it is further

ORDERED, that the Debtor must file a modified plan which accurately addresses the mortgage arrears and the equity base due to unsecured creditors by 11/22/2024 or the case will be dismissed; and it is further

ORDERED, that the Debtor must file an amended Petition to reflect all other names used by the Debtor, an amended Schedule I and J to support feasibility by 11/22/2024 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.