Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−17612−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jaly D. Quinonez
   aka Jaly D Quinonez Saavedra
   1256 White St.
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−2440

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 10, 2025.

Dated: January 10, 2025
JAN: omf

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-17612-SLM |
| Jaly D. Quinonez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 10, 2025 | Form ID: plncf13 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jaly D. Quinonez, 1256 White St., Hillside, NJ 07205-2219 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 10 2025 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 10 2025 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520347946 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 10 2025 22:04:00 | AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 520352904 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 10 2025 22:04:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520347947 | + | Email/PDF: bncnotices@becket-lee.com | Jan 10 2025 22:07:26 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 520389961 | | Email/PDF: bncnotices@becket-lee.com | Jan 10 2025 22:59:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520347948 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 10 2025 22:00:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 520347949 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 10 2025 22:03:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, 125 SOUTH WEST ST, WILMINGTON, DE 19801-5014 |
| 520347950 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2025 22:08:17 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520347951 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 10 2025 22:07:28 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 520347952 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2025 22:07:26 | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520347955 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2025 22:07:26 | CITIBANK NA, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST. LOUIS, MO 63179-0034 |
| 520347956 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2025 22:25:59 | CITIBANK/THE HOME DEPOT, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |

Case 24-17612-SLM  Doc 30  Filed 01/12/25  Entered 01/13/25 00:26:26  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2025 | Form ID: plncf13 | Total Noticed: 30 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520347957 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2025 22:03:00 | COMENITY BANK/WAYFAIR, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520347958 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2025 22:08:23 | COSTCO CITI CARD, ATTN: BANKRUPTCY, PO BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 520371590 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2025 22:08:05 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520359075 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2025 22:08:19 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520347959 | + | Email/Text: mrdiscen@discover.com | Jan 10 2025 22:00:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 520347961 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2025 22:08:30 | MACY'S/ DSNB, ATYTN: BANKRUPTCY, 701 E. 60TH STREET NORTH, SIOUX FALLS, SD 57104 |
| 520347960 | + | Email/Text: Documentfiling@lciinc.com | Jan 10 2025 22:00:00 | LENDING CLUB, ATTN: BANKRUPTCY, 595 MARKET ST, SAN FRANCISCO, CA 94105-2802 |
| 520354972 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2025 22:25:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520347962 | + | Email/Text: netcreditbnc@enova.com | Jan 10 2025 22:05:00 | NETCREDIT, ATTN: BANKRUPTCY, 175 W. JACKSON BLVD, STE 1000, CHICAGO, IL 60604-2863 |
| 520347963 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 10 2025 22:00:00 | PNC FINANCIAL SERVICES, ATTN: BANKRUPTCY, 300 FIFTH AVE, PITTSBURGH, PA 15222 |
| 520418131 | | Email/Text: bnc-quantum@quantum3group.com | Jan 10 2025 22:03:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520395390 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2025 22:42:15 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520347964 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 10 2025 22:05:00 | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 520347965 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2025 22:25:25 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520347966 | ^ | MEBN | Jan 10 2025 21:45:17 | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 259004, PLANO, TX 75025-9004 |
| 520412299 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 10 2025 22:05:00 | U.S. Bank National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520347953 | *+ | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520347954 | *+ | CITIBANK, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2025 | Form ID: plncf13 | Total Noticed: 30 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  as Trustee for Asset Backed Funding Corporation Asset Backed Certificates, Series 2006-HE1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Jaly D. Quinonez ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4